UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Pamela Littles,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Universal Recovery Corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:12-cv-01249-LKK-DAD<br><br>**ORDER** |

　　　Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:  August 27, 2012.

```
                    /s/ Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```